IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JACK ROBISON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:26-cv-141 (LMB/WBP) |
| AVOSINA MEDICAL TECHNOLOGIES, LLC, | ) | |
| Defendant. | ) | |

ORDER

The Court's May 22, 2026 Order granted defendant's Motion to Dismiss First Amended Class Action Complaint, and granted plaintiff's request for leave to file a second amended complaint, requiring any amended complaint to be due by June 5, 2026,[1] [Dkt. No. 26]; however, by close of business on June 8, 2026, the Court has not received plaintiff's seconded amended complaint, and plaintiff has failed to request an extension of time. Accordingly, because plaintiff has failed to timely file a second amended complaint, it is hereby

ORDERED that this civil action be and is DISMISSED.

The Clerk is directed to forward a copy of this Order to counsel of record, and to close this civil action.

Entered this 9th day of June, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge

[1] The Court's Order also warned plaintiff that "[i]f defendant is successful in arguing in a motion to dismiss that plaintiff's second amended complaint fails to comport with TransUnion LLC v. Ramirez, 594 U.S. 413 (2021), and Holmes v. Elephant Insurance Co., 156 F.4th 413 (4th Cir. 2025), the Court will impose on plaintiff the attorney's fees defendant incurs in filing and defending its motion to dismiss." [Dkt. No. 26].